IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARLO MOYA, INDIVIDUALLY AND AS LEGAL GUARDIAN AND NEXT FRIEND OF X.X. A MINOR, § § § § | |
| PLAINTIFFS, § § | |
| V. § § | CASE NO. 3:22-CV-613-BK |
| BELGER CARTAGE SERVICE, INC. AND DAVID RODGERS, § § § § | |
| DEFENDANTS. § | |

## AMENDED MOTION TO PLACE NET SETTLEMENT SUM PROCEEDS OF X.X. A MINOR WITH THE REGISTRY OF THE COURT

**Now Comes** the Guardian Ad Litem, Camille Stearns Miller, pursuant to Rule 67 of the Fed. R. of Civ. Proc. and asks the Court to permit Defendants Belger Cartage Service, Inc. and David Rogers to deposit the net amount of settlement sum proceeds, for X.X. a Minor, in the amount of nine thousand one hundred seventy-three dollars and thirty-four cents ($9,173.34 ) with the registry of the court. The reasons for the request are set forth in the accompanying Guardian Ad Litem's Status Report attached hereto and incorporated herein as Exhibit A.

Further, the Guardian Ad Litem requests that money paid into court under this rule must be deposited and withdrawn in accordance with 28 U.S.C. §§2041 and 2042 and any like statute. The money must be deposited in an interest-bearing account or invested in a court-approved, interest-bearing instrument.

WHEREFORE, The Guardian Ad Litem requests that the Court issue an Order to Defendants to deposit the sum of nine thousand one hundred seventy-three dollars and thirty-four

cents ($9,173.34 ) with the registry of the court in an interest-bearing account or invested in a court-approved, interest-bearing instrument.

        Respectfully submitted,

        **STEWART LAW GROUP PLLC**

        */s/ Camille Stearns Miller*
        **Camille Stearns Miller**
        State Bar No. 24030235
        Email: cmiller@stewartlawgrp.com
        One Arts Plaza
        1722 Routh St., Suite 745
        Dallas, Texas 75201
        Telephone: (469) 607-2300
        Facsimile: (469) 607-2301
        Mobile: (210) 275-6646

        **GUARDIAN AD LITEM**

## CERTIFICATE OF CONFERENCE

I certify that on November 1, 2022, I conferred in good faith with Plaintiffs' counsel, Spencer Browne, and Defendants' Counsel, Gerald (Tracy) Johnson, concerning the Amended Motion to Place Net Settlement Sum Proceeds of X.X. a Minor with the Registry of the Court, and all parties consent to the filing of the Motion.

**Via E-Service: tjohnson@feesmith.com**
Gerald M. (Tracy) Johnson
Fee, Smith, Sharp & Vitullo, LLP
13155 Noel Road, Suite 1000
Dallas, Texas 75240

**Via E-Service: spencer@reyeslaw.com**
Spencer P. Browne
Hussain Ismail
Reyes Browne Reilley
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225

        */s/ Camille Stearns Miller*
        Camille Stearns Miller

## CERTIFICATE OF SERVICE

  I certify that on November 2, 2022, a true and correct copy of the foregoing document has been forwarded to all known counsel of record pursuant to the Federal Rules of Civil Procedure.

**Via E-Service: tjohnson@feesmith.com**
Gerald M. (Tracy) Johnson
Fee, Smith, Sharp & Vitullo, LLP
13155 Noel Road, Suite 1000
Dallas, Texas 75240

**Via E-Service: spencer@reyeslaw.com**
Spencer P. Browne
Hussain Ismail
Reyes Browne Reilley
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225

                */s/ Camille Stearns Miller*
                Camille Stearns Miller