IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLO MOYA, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 3:22-CV-613-BK |
| | § | |
| BELGER CARTAGE SERVICE INC. | § | |
| AND DAVID EUGENE ROGERS, | § | |
|     DEFENDANTS. | § | |

## ORDER

On November 15, 2022, the Court a hearing was held on the Guardian Ad Litem's *Amended Motion to Place Net Settlement Sum Proceeds of X.X. a Minor with the Registry of the Court*. Doc. 19. Upon consideration, the motion is **GRANTED**.[1]

It is therefore, ORDERED ADJUDGED, AND DECREED that Defendants deposit the sum of nine thousand one hundred seventy-three dollars and thirty-four cents ($9,173.34) in the registry of the Court, to be held in an interest-bearing account or invested in a court-approved, interest-bearing instrument, for the benefit of X.X. the Minor.

It is further ORDERED that when X.X. the Minor turns 18 years old on December 20, 2025, he may petition the Court for the release of two-thousand five hundred dollars ($2,500) to use for educational pursuits at one of the following educational facilities: (1) a trade school, (2) a community college or (3) a university.

---

[1] Additionally, the Guardian Ad Litem's *Motion to Set Hearing Date*, Doc. 18, is **GRANTED**, and her original *Motion to Place Net Settlement Sum Proceeds of X.X. a Minor with the Registry of the Court*, Doc. 17, is **TERMINATED AS MOOT**.

Upon attaining 19 years of age, X.X. the Minor may petition the Court for the release of the remaining funds in the interest-bearing account, plus any earned interest, to use for educational pursuits or for any other reason requested by X.X. the Minor.

The Guardian Ad Litem is awarded her reasonable fees and costs. To the extent the parties are unable to agree on the amount or payment details, the Guardian Ad Litem shall file a request for payment of the same, accompanied by billing records, to the Court.

**SO ORDERED** on November 16, 2022.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE