**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARLO MOYA, INDIVIDUALLY AND AS LEGAL GUARDIAN AND NEXT FRIEND OF X.X., A MINOR** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 3:22-CV-0613-BK** |
| | § | |
| **BELGER CARTAGE SERVICE, INC. AND DAVID EUGENE ROGERS** | § | |

**NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, COME NOW Carlo Moya, Individually and as legal guardian and next friend of X.X., a minor and Defendants Belger Cartage Service, Inc. and David Eugene Rogers, through their attorneys of record, and advise the Court that all matters and things in controversy between Plaintiff and Defendants have been fully and completely compromised and settled, and file this Notice and Stipulation of Dismissal with Prejudice with reference to Plaintiffs' claims and causes of action against Defendants.

It is further STIPULATED that all of the claims and causes of action asserted by Plaintiff against Defendants in the above-captioned lawsuit, or which could have been asserted in this or any other court by it, are hereby dismissed with prejudice to the re-filing of same in any court at any time.

It is further STIPULATED that all court costs incurred in the prosecution and defense of this cause of action are to be taxed against the parties incurring same. All other relief not expressly granted herein is denied.

**SO STIPULATED:**

*/s/ GERALD M. "TRACY" JOHNSON, III*
**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**GERALD M. (TRACY) JOHNSON, III**
State Bar No. 10722580
tjohnson@feesmith.com
**FEE, SMITH & SHARP, LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
972-934-9100
972-934-9200 [Fax]
**ATTORNEYS FOR DEFENDANTS BELGER CARTAGE SERVICE, INC. AND DAVID EUGENE ROGERS**

**-AND-**

*/s/ Spencer P. Browne with permission*
Spencer P. Browne
State Bar No. 24040589
**REYES | BROWNE | REILLEY**
8222 Douglas Ave., Suite 400
Dallas, Texas 75225
(214) 526-7900
(214) 526-7910 (Fax)
spencer@reyeslaw.com
**ATTORNEYS FOR PLAINTIFF**