**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARLO MOYA, INDIVIDUALLY AND AS LEGAL GUARDIAN AND NEXT FRIEND OF X.X., A MINOR** | § § § § | |
| **V.** | § § § | **CIVIL ACTION NO. 3:22-CV-0613-BK** |
| **BELGER CARTAGE SERVICE, INC. AND DAVID EUGENE ROGERS** | § § § | |

**ORDER**

BEFORE the Court is the Parties' Notice and Stipulation of Dismissal with Prejudice [Docket No. 24). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Carlo Moya, Individually and as legal guardian and next friend of X.X., a minor and Defendants Belger Cartage Service, Inc. and David Eugene Rogers, LLC advise the Court that all matters in controversy between Plaintiff and Defendants have been fully and completely compromised and settled. Docket No. 24. The parties stipulate that all claims asserted by Plaintiff against Defendants in the above-captioned lawsuit, or which could have been asserted in this or any other court, should be dismissed with prejudice, with each party to bear its own costs and fees. Id. The Court, having considered the motion, is of the opinion that it should be GRANTED pursuant to Rule 41(a)(1)(A)(ii). It is **ORDERED** that the parties' claims are DISMISSED WITH PREJUDICE. The parties shall bear their own costs and attorneys' fees.

**SO ORDERED and SIGNED this ____ day of JANUARY, 2023.**

______________________________

**RENEE H. TOLIVER**
**UNITED STATES MAGISTRATE JUDGE**